[No. 18380–0–I.   Division One.   August 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BENNY LOPEZ TAMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00089–7, Gerald L. Knight,

J., entered April 30, 1986. *Dismissed* by unpublished per curiam opinion.